Michael WOODSON, Appellant

v.

**PENNSYLVANIA BOARD OF
PROBATION PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

July 12, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.